===================================================================

# UNITED STATES DISTRICT COURT
--------------- DISTRICT OF MARYLAND ---------------

APPEARANCE

UNITED STATES OF AMERICA

v.                                        CASE NUMBER: GJH-22-0291

MATTHEW C. BROWNDORF

To the Clerk of this Court and all parties of record:

     Please enter my appearance as counsel in this case for Matthew C. Browndorf.  I certify that I am admitted to practice in this court.

Date:  September 21, 2022

                                          /s/
                        _____
                        KATHERINE TANG NEWBERGER, #27803
                        First Assistant Federal Public Defender
                        Office of the Federal Public Defender
                        100 South Charles Street
                        Tower II, 9th Floor
                        Baltimore, Maryland 21201
                        Phone: (410) 962-3962
                        Fax: (410) 962-0872
                        Email: katherine_newberger@fd.org