======================================================================

# *UNITED STATES DISTRICT COURT*
## -------------- DISTRICT OF MARYLAND --------------

APPEARANCE

UNITED STATES OF AMERICA

v.  CASE NUMBER: GJH-22-0291

MATTHEW C. BROWNDORF

To the Clerk of this Court and all parties of record:

    Please enter my appearance as counsel in this case for Matthew Browndorf. I certify that I am eligible to practice in this court.

Date: September 21, 2022

              /s/
CYNTHIA A. FREZZO, #817358
Assistant Federal Public Defender
Office of the Federal Public Defender
100 South Charles Street
Tower II, 9th Floor
Baltimore, Maryland 21201
Phone: (410) 962-3962
Fax: (410) 962-3976
Email: cynthia_frezzo@fd.org